DFE/hb

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA

#### CASE NO. 8:14-CV-01762-JSM-TBM

DR. MICHELLE G. SCOTT,

      Plaintiff,

v.

SARASOTA DOCTORS HOSPITAL, INC. *et al.*,

      Defendants.

_____/

#### PLAINTIFF'S NOTICE OF APPEAL

    NOTICE IS HEREBY GIVEN that Plaintiff, DR. MICHELLE G. SCOTT, appeals to the U.S. Court of Appeals for the Eleventh Circuit, the Final Judgment In a Civil Case Based on Jury Verdict [DE140], rendered January 22, 2016, Jury Verdict rendered [DE136], rendered January 22, 2016, as well as all other partial judgments, non-final orders and rulings, including DE90, subsumed within these final orders by operation of law and the Federal Rules of Appellate Procedure.  The nature of the Final Orders appealed are a Jury Verdict and a Final Judgment entered thereon.  *See* Attached Composite Exhibit "A".

    Pursuant to Fed. R. App. P. 4(a)( 4)(B), there is a timely and pending tolling motion filed pursuant to Fed. R. Civ. P. Rules 59 and 60 awaiting final disposition and the subsequent ripening of this appeal.

    Dated this  February 20, 2016 .

                              Respectfully submitted,

                              EASLEY APPELLATE PRACTICE PLLC
                              *Appellate Counsel for Plaintiff*
                              1200 Brickell Avenue, Suite 1950
                              Miami, Florida  33131

CASE NO. 8:14-CV-01762-JSM-TBM

T: (305) 444-1599; 800-216-6185
administration@EasleyAppellate.com
Upload URL for secure service:
https://www.hightail.com/u/Easley-Appellate-Practice-PLLC
www.easleyappellate.com

 /s/ DOROTHY F. EASLEY
DOROTHY F. EASLEY, MS, JD, BCS APPEALS
FLA. BAR NO. 0015891

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  February 20, 2016, I electronically filed the foregoing, with the Clerk of the Court, by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record, listed on the attached service list. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   s/ Dorothy F. Easley
DOROTHY F. EASLEY, ESQ.

### SERVICE LIST
*DR. MICHELLE G. SCOTT V SARASOTA DOCTORS HOSPITAL, INC., ET. AL.*
CASE NO. 8:14-CV-01762-JSM-TBM
U.S. DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Merry E. Lindberg, Esq.<br>Florida Bar No. 308102<br>FORD & HARRISON LLP<br>1450 Centrepark Blvd., Suite 325<br>West Palm Beach, FL 33401<br>T: (561) 345-7505<br>F: (561) 345-7501<br>mlindberg@fordharrison.com<br>*Attorneys for Defendant WFPN* | JESSE M. TILDEN<br>TILDEN & PROHIDNEY, P.L.<br>431 12th Street West, Ste. 204<br>Bradenton, FL  34205<br>T: (941) 243-3959<br>F: (800) 856-5332<br>service@tildenprohidney.com<br>*Counsel for Plaintiff Dr. Scott* |

CASE NO. 8:14-CV-01762-JSM-TBM

TRACEY K. JAENSCH, ESQ.
FORDHARRISON, LLP
101 E Kennedy Blvd, Ste 900
Tampa, FL 33602-5133
T: (813) 261-7800
F: (813) 261-7899
tjaensch@fordharrison.com
*Attorneys for Defendant WFPN*

MATTHEW L. RANSDELL, ESQ.
JACKSON LEWIS P.C.
100 S Ashley Dr, Ste 2200
Tampa, FL 33602-5311
T: (813) 512-3224
F: (813) 512-3211
matthew.ransdell@jacksonlewis.com
*Counsel for EmCare*

JOHN MILLS BARR, ESQ.
LAW OFFICE OF JOHN M. BARR, P.C.
4105 Stuart Avenue
Richmond, VA 23221
T: (804) 269-5078
John.Barr@jmblawoffice.com
*Pro Hac Vice Counsel for EmCare*

DOROTHY F. EASLEY, MS, JD BCS APPEALS
EASLEY APPELLATE PRACTICE PLLC
1200 Brickell Avenue, Suite 1950
Miami, Florida 33131
T: (305) 444-1599; 800-216-6185
Fla. Bar Designated email address:
administration@EasleyAppellate.com
Upload URL for secure service:
https://www.hightail.com/u/Easley-Appellate-Practice-PLLC
www.easleyappellate.com
*Appellate Counsel for Dr. Scott*

COMPOSITE EXHIBIT "A" TO NOTICE OF APPEAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DR. MICHELLE G. SCOTT,**

       **Plaintiff,**

v.                                            Case No: 8:14-cv-1762-T-30TBM

**SARASOTA DOCTORS HOSPITAL,
INC., a Florida Corporation**

       **Defendants.**
_____

## JUDGMENT IN A CIVIL CASE BASED ON JURY VERDICT

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **BASED ON THE JURY'S VERDICT, IT IS ORDERED AND ADJUDGED** judgment is entered in favor of Defendant, Sarasota Doctors Hospital, Inc. and against Plaintiff, Dr. Michelle G. Scott.

Date: January 22, 2016                SHERYL L. LOESCH, CLERK

                                                    By: R. Korb, Deputy Clerk

Case 8:14-cv-01762-JSM-TBM   Document 134   Filed 02/20/16   Page 5 of 8 PageID 2452
Case: 16-10763   Date Filed: 02/22/2016   Page: 5 of 8

COMPOSITE EXHIBIT "A" TO NOTICE OF APPEAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DR. MICHELLE G. SCOTT,

    Plaintiff,

v.                                          Case No. 8:14-CV-1762-T-30TBM

SARASOTA DOCTORS HOSPITAL,
INC., a Florida Corporation doing
Business as Doctors Hospital of
Sarasota,

    Defendant.
_____/

## VERDICT FORM

Do you find from a preponderance of the evidence:

1. That Doctors Hospital was a joint employer of Dr. Scott?

Answer Yes or No    _No_

If your answer is "No" to question 1 this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Doctors Hospital terminated Dr. Scott from employment?

Answer Yes or No    _____

1

If your answer is "No" to question 2 this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Dr. Scott being female was a motivating factor that prompted Doctors Hospital to terminate Dr. Scott from employment?

Answer Yes or No   _____

If your answer is "No" to question 3, skip to question 6. If your answer is "Yes," go to the next question.

4. That Dr. Scott should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

Answer Yes or No   _____

If your answer is "No" to question 4, skip to question 6.

5. If your answer is "Yes,"

in what amount?   $_____

6. That Dr. Scott had a good faith, reasonable belief that Doctors Hospital was discriminating against her on the basis of her gender when she filed her Charge of Discrimination with the EEOC?

Answer Yes or No   _____

If your answer is "No" to Question No. 6, skip to Question No. 10. If your answer is "Yes," go to the next question.

7. That Doctors Hospital terminated Dr. Scott because she filed an EEOC Charge?

Answer Yes or No            _____

If your answer is "No" to Question No. 7, skip to Question No. 10. If your answer is "Yes," go to the next question.

8. That Dr. Scott should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

Answer Yes or No            _____

If your answer is "No" to question 8, skip to question 10.

9. If your answer is "Yes,"

in what amount?            $_____

If you did not award damages in response to Question No. 4 or 8, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it. If you awarded damages in response to either Question No. 4 or 8, or both, go to the next question.

3

Case 8:14-cv-01762-JSM-TBM Document 136 Filed 02/20/16 Page 8 of 8 PageID 2452
Case: 16-10763 Date Filed: 02/22/2016 Page: 8 of 8

**COMPOSITE EXHIBIT "A" TO NOTICE OF APPEAL**

10. That punitive damages should be assessed against Doctors Hospital?

Answer Yes or No _____

11. If your answer is "Yes," in what amount? $_____

This ends your deliberations. Your foreperson should sign and date the last page of this verdict form.

So Say We All.

_____
Foreperson's Signature

Date: 1/22/16

S:\Even\2014\14-cv-1762 VERDICT FORM.docx

4