2/25/2016

**Case Name:** Scott v. Sarasota Doctors Hospital, Inc. et al
**Case Number:** 8:14-cv-01762-JSM-TBM
**Filer:**
**WARNING: CASE CLOSED on 01/22/2016**
**Document Number:** No document attached

**Docket Text:**
**USCA appeal fees received $505 receipt number TPA035152 re [154] Notice of appeal filed by Michelle G. Scott. (JEQ)**

**8:14-cv-01762-JSM-TBM Notice has been electronically mailed to:**

Peter John Grilli     meditr@aol.com, meditr1@aol.com

Tracey K. Jaensch     tjaensch@fordharrison.com, mwoods@fordharrison.com

Merry E. Lindberg     mlindberg@fordharrison.com, kgardner@fordharrison.com

Dale R. Sisco     dsisco@sisco-law.com, dmcalpin@sisco-law.com, kfaught@sisco-law.com

John M. Barr     John.Barr@jmblawoffice.com

Jesse Michael Tilden     jesse@tildenprohidney.com, service@tildenprohidney.com

Dorothy F. Easley     easleyappellate@gmail.com, administration@easleyappellate.com

Matthew Logan Ransdell     matthew.ransdell@jacksonlewis.com, TampaDocketing@jacksonlewis.com, denise.dawson@jacksonlewis.com, nicole.villa@jacksonlewis.com, sarah.burdon@jacksonlewis.com

Daniel Kent Miles     dmiles@fordharrison.com, dbradley@fordharrison.com, mwoods@fordharrison.com

**8:14-cv-01762-JSM-TBM Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants: Jesse Michael Tilden (jesse@tildenprohidney.com,
service@tildenprohidney.com), Tracey K. Jaensch
(mwoods@fordharrison.com, tjaensch@fordharrison.com), Dale R. Sisco
(dmcalpin@sisco-law.com, dsisco@sisco-law.com, kfaught@sisco-law.com),
Merry E. Lindberg (kgardner@fordharrison.com,
mlindberg@fordharrison.com), Daniel Kent Miles
(dbradley@fordharrison.com, dmiles@fordharrison.com,
mwoods@fordharrison.com), Peter John Grilli (meditr1@aol.com,
meditr@aol.com), Matthew Logan Ransdell
(denise.dawson@jacksonlewis.com, matthew.ransdell@jacksonlewis.com,
nicole.villa@jacksonlewis.com, sarah.burdon@jacksonlewis.com,
tampadocketing@jacksonlewis.com), John M. Barr
(john.barr@jmblawoffice.com), Dorothy F. Easley
(administration@easleyappellate.com, easleyappellate@gmail.com),
Magistrate Judge Thomas B. McCoun III
(chambers_flmd_mccoun@flmd.uscourts.gov), Judge James S. Moody, Jr
(chambers_flmd_moody@flmd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<14490263@flmd.uscourts.gov>
Subject:Activity in Case 8:14-cv-01762-JSM-TBM Scott v. Sarasota
Doctors Hospital, Inc. et al USCA Appeal Fees
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered on 2/25/2016 at 12:57 PM EST and filed on