# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 22, 2016

Dorothy Easley
Easley Appellate Practice, PLLC
1200 BRICKELL AVE STE 1950
MIAMI, FL 33131

Appeal Number:  16-10763-EE
Case Style:  Michelle Scott v. Sarasota Doctors Hospital, Inc, et al
District Court Docket No:  8:14-cv-01762-JSM-TBM

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The following action has been taken in the referenced case:

Appellant's motion to file the Civil Appeal Statement out of time has been GRANTED. The Civil Appeal Statement is deemed filed as of the date of this letter.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Sandra Brasselmon/jfc, EE
Phone #: (404) 335-6181

MOT-2 Notice of Court Action