## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 13, 2016

John M. Barr
Law Office of John M. Barr, PC
4105 STUART AVE
RICHMOND, VA 23221

Appeal Number: 16-10763-EE
Case Style: Michelle Scott v. Sarasota Doctors Hospital, Inc, et al
District Court Docket No: 8:14-cv-01762-JSM-TBM

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

Your Application to Appear Pro Hac Vice in this appeal has been GRANTED. Please e-file your Appearance of Counsel form by Friday, May 20, 2016.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Sandra Brasselmon, EE
Phone #: (404) 335-6181

MOT-2 Notice of Court Action